**STATE of Missouri, Respondent,**

v.

**James P. BROWN, Appellant.**

**No. WD 39609.**

Missouri Court of Appeals,
Western District.

Aug. 9, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1988.

Application to Transfer Denied
Nov. 15, 1988.

Thomas J. Marshall, Public Defender, Moberly, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and
SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM.

Appeal from a conviction of manufacturing marijuana, and of a conviction of possessing more than 35 grams of marijuana, and from concurrent sentences of one

year's imprisonment, and a fine of $1,000.00.

Affirmed. Rule 30.25(b).